IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ADALBERTO MARTINEZ,** | § § § | |
| *Plaintiff* | § § § § § | |
| v. | § § | Civil Action No. 5:17-cv-01170 |
| **NAVARROS INC., D/B/A NAVARROS UNDERGROUND DRILLING INC., ANGEL NAVARRO, KORIN NAVARRO and MIGUEL A. NAVARRO** | § § § § § § | **JURY TRIAL DEMANDED** |
| *Defendants.* | § § | |

## FINAL JUDGMENT

BEFORE THE COURT comes Plaintiff's Motion for Entry of Default Final Judgment (ECF ___). On April 18, 2018, Plaintiff filed the Return of Service as to Defendants, Navarros Inc., D/B/A Navarros Underground Drilling, Inc., Angel Navarro, Korin Navarro, and Miguel A. Navarro. Having reviewed the record and the Court being duly advised as to the premises thereof, it is ORDERED, ADJUDGED, AND DECREED that the motion for Default Final Judgment is GRANTED.

Based upon the undisputed record, the Court finds that Plaintiff, Adalberto Martinez shall have and recover from the Defendants, Navarros Inc., d/b/a Navarros Underground Drilling, Inc., Angel Navarro, Korin Navarro, and Miguel A. Navarro, jointly as joint employers, $2,520.00 in unpaid overtime wages, $26.64 in post judgment interest, and $2,520.00 in liquidated damages for a total of $5,066.64.

Based on the undisputed record, the Court finds that Plaintiff shall have and recover from the Defendants, Navarros Inc., D/B/A Navarros Underground Drilling, Inc., Angel Navarro, Korin Navarro, and Miguel A. Navarro, $2,770.00 in attorneys' fees and $1,905.00 in costs. The Court finds that the attorneys' fees and costs are reasonably and were necessarily incurred in the prosecution of this matter. The Court therefore enters a total judgment of $9,741.64 against Defendants for which execution shall issue forthwith.

SIGNED this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE