**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ADALBERTO MARTINEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **CIVIL ACTION NO. SA-17-CA-1170-FB** |
| | ) | |
| **NAVARROS INC. d/b/a Navarros** | ) | |
| **Underground Drilling Inc., ANGEL** | ) | |
| **NAVARRO, KORIN NAVARRO, and** | ) | |
| **MIGUEL A. NAVARRO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**FINAL DEFAULT JUDGMENT**

Before the Court is Plaintiff's Motion for Entry of Default Judgment. (Docket no. 11). Plaintiff, Adalberto Martinez, seeks entry of a Final Default Judgment against defendants, Navarros Inc. d/b/a Navarros Underground Drilling Inc., Angel Navarro, Korin Navarro and Miguel A. Navarro. After careful consideration of the proof of service, the affidavit, declarations, other evidence on file, the pleadings, and the entire record in this case, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Entry of Default Judgment (docket no. 11) is GRANTED such that, based upon the undisputed record, the Court finds that plaintiff, Adalberto Martinez, shall have and recover from defendants, Navarros Inc. d/b/a Navarros Underground Drilling Inc., Angel Navarro, Korin Navarro and Miguel A. Navarro, jointly as joint employers, $2,520.00 in unpaid overtime wages, $26.64 in post judgment interest, and $2,520.00 in liquidated damages for a total of $5,066.64.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, based on the undisputed record, the Court finds that plaintiff shall have and recover from defendants, Navarros Inc. d/b/a

Navarros Underground Drilling Inc., Angel Navarro, Korin Navarro and Miguel A. Navarro, $2,770.00 in attorneys' fees and $1,905.00 in costs.  The Court finds that these attorneys' fees and costs are reasonable and wee necessarily incurred in the prosecution of this matter.  The Court therefore enters a total judgment of $9,741.64 against defendants, Navarros Inc. d/b/a Navarros Underground Drilling Inc., Angel Navarro, Korin Navarro and Miguel A. Navarro, for which execution shall issue.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 24th day of September, 2018.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE